for failure to prosecute in accordance with the rules.

**Rodney BRIGHT, Petitioner,**

v.

**U.S. COURT SERVICES AND OF-FENDER SUPERVISION AGEN-CY FOR D.C., Respondent.**

No. 02–3367.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2002.

Order Vacated, See 2002 WL 31684808.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re INDUSTRIES RIOPEL, INC./RIOPEL INDUSTRIES, INC.**

No. 02–1367.

United States Court of Appeals, Federal Circuit.

Oct. 30, 2002.

*ORDER*

The Director of the United States Patent and Trademark Office ("PTO") filed a motion to dismiss this appeal. Riopel Industries, Inc. ("Riopel") filed an opposition.

On October 2, 2002, the court issued an order allowing Riopel 21–days to file a motion to transfer this appeal, or the PTO's motion to dismiss would be granted. Riopel has not responded to the order within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The PTO's motion to dismiss is granted.

(2) Each side shall bear its own costs.